FILED

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0670



# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No.
DA 24-0670

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF | **GRANT OF MOTION** |
| ROSEMARY E. COLVER, | **FOR** |
| | **EXTENSION OF TIME** |
| Deceased. | |

Motion for extension of time to file Appellant's Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until January 15, 2025, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: December 11, 2024

_____
BOWEN GREENWOOD
Clerk of the Supreme Court